# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT K. DECKER, #51719-074, | ) |
| Petitioner, | ) |
| v. | ) Case No. 3:24-cv-02211-JPG |
| DANIEL SPROUL, | ) |
| Respondent. | ) |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that petitioner Robert K. Decker's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

**DATED:** January 10, 2025

MONICA A. STUMP, Clerk of Court

By:  *s/Tina Gray,*
     Deputy Clerk

APPROVED: *s/J. Phil Gilbert*
          J. PHIL GILBERT
          U.S. DISTRICT JUDGE